IN THE UNITED STATES DISTRICT COUT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KENT H. MIDDLETON, JR., as PERSONAL REPRESENTATIVE of the ESTATE OF AMANDA MIDDLETON )<br><br>Plaintiff, )<br><br>v. )<br><br>NISSAN MOTOR COMPANY, LTD., NISSAN NORTH AMERICA, INC., AUTOLIV, INC. and AUTOLIV ASP, )<br><br>Defendants. )<br>_____ ) | Case No.: 7:10-cv-02529-MGL<br><br><br><br>***PLAINTIFF'S SECOND AMENDED RULE 26(a)(2) DISCLOSURES*** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff amends his previous responses as follows regarding expert witnesses:

1. Kendrick E. Richardson, M.S., P.E.
   Engineering Experts, Inc.
   1000 Johnnie Dodds Blvd., Ste. 103-352
   Mt. Pleasant, SC 29464
   Telephone: (843) 856-4644

   Mr. Richardson is an accident reconstructionist. He is expected to testify as to his investigation, inspection, fact-findings, and professional opinions in regard to subject vehicle and subject incident. Mr. Richardson will also testify concerning the vehicle speed, vehicle motions, and path of travel. A copy of *Mr. Richardson's curriculum vitae and written report* is attached.

2. Craig Good, Ph.D., P.Eng.
   Collision Analysis Ltd.
   43 Skyline Crescent NE
   Calgary, Alberta T2K 5X2
   Telephone: (403) 250-7533

   Dr. Good is a buckle design and manfacturing engineer. He is expected to provide testimony regarding the design of the subject buckle. He is also

1

expected to testify as to his investigation, fact-findings, and professional opinions in regard to his forensic analysis of how the subject buckle failed to remain latched in the accident. A copy of *Dr. Good's curriculum vitae and written report is* attached.

3. Jeremy R. Cummings, Ph.D.
   Cummings Scientific, LLC
   3019 Shannon Lake North
   Heritage Oaks Business Center, Suite 204
   Tallahassee, FL 32309
   Telephone: (850) 228-3335

   Dr. Cummings is a biomechanical engineer expert. He is expected to provide testimony regarding the occupant kinematics of the subject incident. Additionally, he is expected to provide testimony as to his investigation, fact-findings, and professional opinions in regard to the subject incident, and the Plaintiff's restraint use prior to the accident.
   A copy of *Dr. Cumming's curriculum vitae and written report* are attached.

4. Oliver G. Wood, Jr., Ph.D.
   Post Office Box 24677
   Columbia, SC 29224
   Telephone: (803) 736-1300

   Dr. Wood is a consulting economist. He is expected to give testimony and professional opinions in conformance with the knowledge of Plaintiff's economic loss. A copy of Dr. Wood's *curriculum vitae and written report* are attached.

**AMENDED DISCLOSURE**:
   Dr. Wood is expected to testify about the defendants' ability to pay punitive damages as based upon financial reports prepared by Dr. Wood on May 17, 2011,    which are attached and identified below:

   a. Preliminary Evaluation of Financial Information and Data on Autoliv, Inc.,

   b. Preliminary Evaluation of the Financial Information and Data on Nissan Motor Co.,Ltd.

**SECOND AMENDED DISCLOSURE**:
   Craig Good, Ph.D., P.Eng.
   Collision Analysis Ltd.
   43 Skyline Crescent NE
   Calgary, Alberta T2K 5X2
   Telephone: (403) 250-7533

Dr. Good is a buckle design and manufacturing engineer. He is expected to provide testimony regarding the design of the subject buckle. He is also expected to testify as to his investigation, fact-findings, and professional opinions in regard to his forensic analysis of how the subject buckle failed to remain latched in the accident. A copy ***Dr. Craig Good's Rebuttal Report dated January 29, 2013*** *is hereto attached*.

.

[Signature Page to Follow]

3

Respectfully submitted,

David Yarborough, Esq.
Fed ID #7336
dyarborough@yarboroughapplegate.com
William Applegate, Esq.
Fed ID #9261
Yarborough Applegate Law Firm
PO Box 20398
Charleston, SC 29413
(843) 972-0150: Phone
(843) 277-6691: Fax

~and~

PETERS, MURDAUGH, PARKER, ELTZROTH
& DETRICK, P.A.

BY:   s/Ronnie L. Crosby
        Ronnie L. Crosby
        Fed ID #6311
        rcrosby@pmped.com
        William F. Barnes, III
        Fed ID #10639
        wbarnes@pmped.com
        Post Office Box 457
        101 Mulberry Street East
        Hampton, SC 29924
        (803) 943-2111: Phone
        (803) 943-3943: Fax
        **ATTORNEYS FOR PLAINTIFF**

January 29, 2013.
Hampton, South Carolina.

4