IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KENT H. MIDDLETON, JR., AS PERSONAL REPRESENTATIVE OF THE ESTATE OF AMANDA MIDDLETON, | ) ) ) ) ) ) CASE NUMBER: 7:10-cv-02529-MGL |
| Plaintiff, | ) ) **SIXTH CONSENT AMENDED SCHEDULING ORDER** |
| v. | ) |
| NISSAN MOTOR COMPANY, LTD., NISSAN NORTH AMERICA, INC., AUTOLIV, INC. AND AUTOLIV ASP, INC., | ) ) ) ) |
| Defendants. | ) ) |

1.     Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **June 28, 2013.** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

2.     Discovery shall be completed no later than **March 29, 2013**. De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

3.     Motions in limine must be filed at no later than **June 28, 2013**. Written responses are due seven (7) days thereafter.

      4.      All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed.R.Civ.P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **April 15, 2013**. (Fed.R.Civ.P.16(b)(3)(A)).

      5.      No later than **June 28, 2013**, the parties shall file and exchange Fed.R.Civ.P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed.R.Civ.P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed.R.Civ.P. 32(a)(6).

      6.      Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

      7.      This case is subject to being called for jury selection and/or trial on or after **August 5, 2013**.

      /s/ Mary G. Lewis  
      United States District Judge

February 11, 2013  
Spartanburg, South Carolina