IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KENT H. MIDDLETON, JR., as Personal Representative of the Estate of AMANDA MIDDLETON, <br><br> Plaintiff, <br><br> vs. <br><br> NISSAN MOTOR COMPANY, LTD., NISSAN NORTH AMERICA, INC., and AUTOLIV ASP, INC., <br><br> Defendants. | Civil Action No. 7:10-2529-MGL <br><br><br><br><br> **CONSENT MOTION FOR TWO WEEK EXTENSION OF ALL PENDING MOTIONS DEADLINES** |

Pursuant to this Court's Scheduling Order, "all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissible of evidence at trial, shall be filed on or before April 15, 2013." **ECF 111.** In addition, both parties have recently filed motions for which responses are soon due. **ECF 119, 122, 123, 124.**

Plaintiff and Defendants jointly ask this Court for a fourteen day extension of time for all pending motion and motion response deadlines. The parties are engaged in settlement negotiations and would like to forego the expense of these filings in the event of settlement.

**WE SO MOVE**:

BOWMAN AND BROOKE LLP

By: s/Courtney C. Shytle
    Joel H. Smith
    Federal Bar No. 3910
    joel.smith@bowmanandbrooke.com

        Courtney C. Shytle
        Federal Bar No. 7148
        courtney.shytle@bowmanandbrooke.com
        Angela G. Strickland
        Federal Bar No. 9824
        angela.strickland@bowmanandbrooke.com
        1441 Main Street, Suite 1200
        Columbia, SC 29201
        Telephone: 803.726.7420
        Facsimile:  803.726.7421

        Counsel for Defendants Nissan Motor Co., Ltd.
        and Nissan North America, Inc.

**WE CONSENT**:

By:  *s/Ronnie L. Crosby* (w/ permission)
      Ronnie L. Crosby
      Federal Bar No. 6311
      rcrosby@pmped.com
      William F. Barnes, III
      Federal Bar No. 10639
      wbarnes@pmped.com
      Peters, Murdaugh, Parker, Eltzroth & Detrick
      P.O. Box 457
      Hampton, SC 29924-0457
      (803) 943-2111

      David B. Yarborough, Jr.
      Federal Bar No. 7336
      William E. Applegate, IV
      Federal Bar No. 9261
      Yarborough Applegate Law Firm
      210 Wingo Way, Suite 301
      Mount Pleasant, SC 29464
      (843) 972-0150

      Counsel for Plaintiff

By:/s/Deirdre S. McCool (with permission)
    Deirdre S. McCool
    Nelson Mullins Riley & Scarborough
    Federal Bar No. 551
    E-Mail: Deirdre.McCool@nelsonmullins.com
    151 Meeting Street, Suite 600

Charleston, SC 29401
(843) 853-5200

Counsel for Autoliv ASP, Inc.

Columbia, South Carolina
April 10, 2013