# EXHIBIT 1

06·10·2008







06·10·2008

06.10.2008

06/06/2008